**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Don Ray Gibson, Appellant.

Appellate Case No. 2015-000612

―――――――――――

Appeal From Anderson County
R. Lawton McIntosh, Circuit Court Judge

―――――――――――

Unpublished Opinion No. 2016-UP-142
Submitted January 1, 2016 – Filed March 30, 2016

―――――――――――

**APPEAL DISMISSED**

―――――――――――

Appellate Defender Benjamin John Tripp, of Columbia; and Don Ray Gibson, pro se, for Appellant.

Attorney General Alan McCrory Wilson and Interim Senior Assistant Deputy Attorney General John Benjamin Aplin, both of Columbia; and Solicitor Christina Theos Adams, of Anderson, for Respondent.

―――――――――――

**PER CURIAM:**  Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**FEW, C.J., and KONDUROS and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.